IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>INTERNATIONAL RECTIFIER<br>CORPORATION SECURITIES<br>LITIGATION. | Case No. 1:09-mc-00374 (CKK)<br><br>[Case pending in United States<br>District Court, Central District<br>of California<br>Case No. CV 07-02544<br>JFW (VBKx)]<br><br>[*PROPOSED ORDER LODGED<br>CONCURRENTLY HEREWITH*] |

## STIPULATION TO TAKE OFF CALENDAR
## HEARING ON MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH

1. Whereas, defendant International Rectifier Corporation ("IR" or the "Company") and co-lead plaintiffs Massachusetts Laborers' Pension Fund and General Retirement System of the City of Detroit ("Co-Lead Plaintiffs") (collectively, the "Parties") have met and conferred regarding the discovery motions filed May 25, 2009 (the "Discovery Motions") and agreed to take these matters off calendar, without prejudice, in the United States District Court for the Central District of California based on the parties' agreement, in principle, to settle that action; and

2. Whereas IR has filed the attached stipulation so advising the Central District; and

3. Whereas IR's Motion for a Protective Order Preventing Plaintiffs from Deposing Attorney David Geneson and Motion to Quash Deposition Subpoena Issued to Mr. Geneson ("Motion for Protective Order"), pending before this Court in the above captioned matter, arose out of the Discovery Motions; and

4. Whereas the Parties' stipulated agreement to take off calendar the Discovery Motions has eliminated the need for this Court to issue a decision at this time regarding IR's Motion for Protective Order;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that IR's Motion for Protective Order shall be taken off calendar, without prejudice, pending further action by the Parties.

Respectfully submitted,

Dated: July 31, 2009

___/s/ M. Roy Goldberg_____
M. Roy Goldberg (Bar No. 416953)
Sheppard, Mullin, Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, D.C. 20005
Tel. (202) 218-0007
Fax (202) 312-9425

Attorney for Defendant International Rectifier Corp.

Dated: July 31, 2009

COHEN MILSTEIN SELLERS & TOLL LLP

_____/s/ Daniel S. Sommers_____
(signed with permission)
DANIEL S. SOMMERS
(DC BAR # 416549)
JULIE GOLDSMITH REISER
(DC BAR # 482415)
MATTHEW B. KAPLAN
(DC BAR # 484760)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Tel:    (202) 408-4600
Fax:   (202) 408-4699

BERMAN DEVALERIO
JOSEPH J. TABACCO, JR.
NICOLE LAVALLEE
DANIEL E. BARENBAUM
JULIE J. BAI
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Tel:   (415) 433-3200
Fax:   (415) 433-6382
-and-
KRISTIN J. MOODY
One Liberty Square
Boston, MA 02109
Tel:   (617) 542-8300
Fax:   (617) 542-1194


BERNSTEIN LITOWITZ BERGER
    & GROSSMAN LLP
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
JON F. WORM
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 783-0323
        -and-
GERALD H. SILK
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Attorneys for Co-Lead Plaintiffs the General Retirement System of the City of Detroit and Massachusetts Laborer's Pension Fund and the Class*